# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED SEP - 6 2011**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CIRILO FLORES-PEREZ,<br><br>Defendant. | CASE NO. 09CR3487-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offenses as charged in the Indictment and Superseding Indictment:

8 USC 1324(a)(1)(A)(ii), 18 USC 371, 8 USC 1324 (a)(1)(A)(ii) and (v)(II), 8 USC 1324(a)(2)(B)(ii), 18 USC 2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 6, 2011

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE